AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) Edwards, Harry T | 2. Court or Organization USCA for D.C. Circuit | 3. Date of Report 05/11/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Active Circuit Judge | 5. Report Type (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 01/01/03 to 12/31/03 |
| 7. Chambers or Office Address 5400 U.S. Courthouse 333 Constitution Ave., NW Washington, D.C. | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | American Law Institute |
| 2. | Member | American Academy of Arts & Sciences |
| 3. | Member | American Bar Association |
| 4. | Board of Directors | UNIQUE Learning Center, Washington, D.C. |
| 5. | Board of Directors | Institute of Judicial Administration, NYU Law School |
| 6. | Fellow | American Bar Foundation |
| 7. | Part-Time Adjunct Prof of Law | NYU Law School |
| 8. | Member | Supreme Court Historical Society |
| 9. | National Council | Washington University School of Law in St. Louis, MO. |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | NYU Law School, Part-time Adjunct Professor of Law |

RECEIVED May 17 10 50 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (Yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | NYU Law School, Part-time Adjunct Professor of Law | 23,205.00 |
| 2. | | | |
| 3. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | NYU Law School | 1/27-29. New York City. Transportation, meals, room. Conferences on law teacher recruitment. |
| 2. | University of Pennsylvania Law School, Philadelphia, PA | 2/27 -2/27 - Transportation, meals, lodging. Distinguished Jurist Lecturer. |
| 3. | University of Michigan Law School, Ann Arbor, MI | 4/2 - 4/3 - Transportation, meals, lodging. Judge of Campbell Moot Court competion. |
| 4. | American Judicature Society, New York, NY | 5/2 - 5/4 - Transportation, meals, lodging (incl ▓▓▓. Devitt Award Committee. |
| 5. | National Academy of Arbitrators, San Juan, PR | 6/4 - 6/7 - Meals and lodging (inc ▓▓▓. Speech at annual meeting of NAA. |
| 6. | NYU Law School, New York, NY | 8/26-27. New York City. Room, meals, transportation. Teaching. |
| 7. | NYU Law School, New York, NY | 9/3 - 9/4 - New York City. Room, meals, transportation. Teaching. |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 8. | NYU Law School, New York, NY | 9/9 -9/10. New York City. Room, meals, transportation. Teaching. |
| 9. | NYU Law School, New York, NY | 9/16 - 9/17. New York City. Room, meals, transportation. Teaching. |
| 10. | NYU Law School, New York, NY | 9/23 - 9/24. New York City. Room, meals, transportation. Teaching. |
| 11. | NYU Law School, New York, NY | 9/30 - 10/1. New York City. Room, meals, transportation. Teaching. |
| 12. | NYU Law School, New York, NY | 10/7 - 10/8. New York City. Room, meals, transportation. Teaching. |
| 13. | NYU Law School, New York, NY | 10/7 - 10/8. New York City. Room, meals, transportation. Teaching. |
| 14. | NYU Law School, New York, NY | 10/21 - 10/22. New York City. Room, meals, transportation. Teaching. |
| 15. | NYU Law School, New York, NY | 10/28 - 10/30. New York City. Room, meals, transportation. Teaching. |
| 16. | NYU Law School, New York, NY | 11/4 - 11/6. New York City. Room, meals, transportation. Teaching. |
| 17. | NYU Law School, New York, NY | 11/11 - 11/13. New York City. Room, meals, transportation. Teaching. |
| 18. | NYU Law School, New York, NY | 12/1 - 12/2. New York City. Room, meals, transportation. Teaching. |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g. div. rent. or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month - Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Vanguard Windsor II fund | A | Dividend | J | T | Bought | 9/2 | J | | |
| 2. Vanguard Windsor II fund | | | | | Bought | 9/15 | J | | |
| 3. Vanguard Insured Long Term fund | A | Dividend | J | T | Sold | 2/26 | J | A | |
| 4. Vanguard Insured Long Term fund | | | | | Sold | 5/19 | J | A | |
| 5. Vanguard Insured Long Term fund | | | | | Buy | 8/11 | J | | |
| 6. Vanguard Insured Long Term fund | | | | | Sold | 9/2 | J | A | |
| 7. Citibank Accounts | A | Interest | J | T | | | | | |
| 8. Cape Cod Bank & Trust Accounts | A | Interest | J | T | | | | | |
| 9. Vanguard Prime Money Market | A | Dividend | J | T | | | | | |
| 10. Justice Federal Credit Union | A | Interest | J | T | | | | | |
| 11. TIAA-CREF | E | Distribution | J | T | | | | | |
| 12. Barneys New York 401(k) | | None | J | T | | | | | |
| 13. Saks Fifth Avenue Retirement | | None | M | T | | | | | |
| 14. Bank of America Accounts | A | Interest | J | T | | | | | |
| 15. Chase Manhattan Bank | | None | J | T | | | | | |
| 16. Vanguard Admiralty Money Fund (CLOSED) | A | Dividend | | | Closed | 5/19 | J | | |
| 17. Brooks Brothers 401(k) | | None | J | T | | | | | |
| 18. TIAA-CREF | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T | 05/11/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Vanguard Short Term Bond Index Fund | A | Dividend | | | Sell | 2/26 | J | A | |
| 20. Vanguard Short Term Bond Index Fund (CLOSED) | | | | | Sell | 5/19 | J | A | |
| 21. Vanguard REIT Index Fund | A | Dividend | J | T | Buy | 9/2 | J | | |
| 22. Vanguard REIT Index Fund | | | | | Buy | 9/15 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Under "Investments and Trusts," the "VMBH Long Term Fund" on the Report for 2002 is the same as "Vanguard Insured Long Term Fund" on the Report for 2003.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date _5/11/2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544